IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:92-CR-05100-003 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| ROBERT TODD TORRES, | |
| Defendant. | |

The above named defendant having been sentenced on January 8, 2018, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **January 8, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE